JUDGE COTE

08 CV 6630

81-08/MEU
FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant
G.A.P. ADVENTURES, INC., individually and
d/b/a G.A.P. ADVENTURES
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ELI CHARNE,

                      Plaintiff,

        -against-

G.A.P. ADVENTURES, INC., individually and
d/b/a G.A.P. ADVENTURES,

                      Defendant.
-----------------------------------------------------------x

SUPREME COURT OF NEW YORK
COUNTY OF NEW YORK
Index No. 108290/08

NOTICE OF REMOVAL
PURSUANT TO 28 U.S.C. §1441

08 - CV -



RECEIVED
JUL 25 2008
U.S.D.C. S.D.N.Y.
CASHIERS

TO:   Barton, Bargon & Plotkin, LLP
       Attorneys for Plaintiff
       420 Lexington Avenue
       New York, NY 10170
       Attn:   Thomas P. Giuffra, Esq.

       Supreme Court of New York
       County of New York
       Court Clerk
       60 Centre Street
       New York, NY 10007
       Re: Index Number 108290/08

NYDOCS1/309369.1

S I R S:

PLEASE TAKE NOTICE that a Petition, a copy of which is annexed hereto, has been filed for the removal of the above entitled action from the Supreme Court of New York: County of New York **(Index No. 108290/08)** to the United States District Court for the Southern District of New York pursuant to the provisions of 28 U.S.C. §1441 *et seq.* on the 25th day of July 2008.

Dated: New York, New York
      July 25, 2008

                                      FREEHILL HOGAN & MAHAR, LLP
                                      Attorneys for Defendant

By:  _____
                      Michael E. Unger (MU-0045)
                      80 Pine Street
                      New York, NY  10005