81/08/MEU:
FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant
G.A.P. ADVENTURES, INC., individually and
d/b/a G.A.P. ADVENTURES
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

08   CV   6630

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ELI CHARNE,

                                    Plaintiff,

            -against-

G.A.P. ADVENTURES, INC., individually and
d/b/a G.A.P. ADVENTURES,

                                    Defendant.

-----------------------------------------------------------x

SUPREME COURT OF NEW YORK
COUNTY OF NEW YORK
Index No. 108290/08

RULE 7.1 STATEMENT

RECEIVED
JUL 2 5 2008
U.S.D.C. S.D. N.Y.
08 - CV CASHIERS

Defendant G.A.P. ADVENTURES, INC., individually and d/b/a G.A.P. ADVENTURES by and

through undersigned attorneys, FREEHILL HOGAN & MAHAR LLP, and pursuant to Rule 7.1

of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District

Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal,

undersigned counsel (a private non-governmental party) certifies that it is not publicly traded

entities and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
            July 25, 2008                         FREEHILL HOGAN & MAHAR, LLP
                                                         Attorneys for Defendant


                        By:    _____
                                    Michael E. Unger (MU 0045)
                                    80 Pine Street
                                    New York, NY 10005

NYDOCS1/309364.1