19-08/MEU
FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ELI CHARNE,

                Plaintiff,

   -against-

G.A.P. ADVENTURES, INC., individually and
d/b/a G.A.P. ADVENTURES,

                Defendant.
-----------------------------------------------------------x

08 – CV – 6630 (DLC)

**STIPULATION OF
DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of the parties herein that this matter having been settled, this action be dismissed with prejudice, and without costs to either party. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       August 29, 2008

BARTON, BARTON & PLOTKIN, LLP

_____
By: Thomas P. Giuffra, Esq. (TG   )
Attorneys for Plaintiff
420 Lexington Avenue
New York, New York 10170

FREEHILL HOGAN and MAHAR, LLP

_____
By: Michael Unger (MU0045)
Attorneys for Defendant
80 Pine Street
New York, New York 10005

"SO ORDERED"

_____
Hon. Denise L. Cote, U.S.D.J.
      Sept. 3, 2008

The Clerk of Court shall close the case and terminate all motions pending as of today's date as moot.

NYDOCS1/310304.1